**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 23, 2015

Hon. Stephen A. Doggett
Attorney At Law
201 South Eleventh Street
Richmond, TX 77469
* DELIVERED VIA E-MAIL *

Hon. Ross M. Kurtz
District Attorney
100 S. Fulton, Suite 100
Wharton, TX 77488
* DELIVERED VIA E-MAIL *

Mr. Timothy Williams
TDCJ #01960910
Alfred Hughes Unit
Rt. 2, Box 4400
Gatesville, TX 76597

Re:     Cause No. 13-14-00669-CR
Tr.Ct.No. 15,273
Style:     Timothy Williams v. The State of Texas


    The above-referenced cause has been set for submission without oral argument on Wednesday, October 14, 2015, before a panel consisting of Chief Justice Rogelio Valdez, Justice Nelda V. Rodriguez and Justice Gregory T. Perkes.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch